AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

FILED
SEP 0 6 2007

DISTRICT OF _____ NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-00570 JW

I, _Juan Mosqueda-Tinoco_, the above named defendant, who is accused of

8 USC 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _September 6 2007_ prosecution by indictment and consent that the
                              Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Patricia V. Trumbull_
       Judicial Officer