UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 9/17/2007
**Case No:** CR- 07-0570 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Juan Mosqueda-Tinoca ( C)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Jay Rorty

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

**Hearing Held. Defendant Mosqueda-Tinoca present and in custody for proceedings. The Court continued this matter to 9/24/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 9/17/2007 to 9/24/2007 for efforts to resolve this case short of trial.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-file**
CC: