SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br>    Plaintiff, </br> </br> v. </br> </br> JUAN MOSQUEDA-TINOCO, </br> </br>    Defendant. | No.   CR 07-00570 JW </br> </br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 17, 2007 TO SEPTEMBER 24, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

The parties stipulate that the time between September 17, 2007 and September 24, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1

1  18 U.S.C. §3161(h)(8)(A).

3  DATED: September 17, 2007                SCOTT N. SCHOOLS
                                            United States Attorney

5                                           ___/s/_____
                                            BENJAMIN T. KENNEDY
6                                           Assistant United States Attorney

8                                           ___/s/_____
                                            JAY RORTY
9                                           Assistant Federal Public Defender

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between September 17, 2007 and September 24, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:   September 18, 2007                        _____
                                                                    JAMES WARE
                                                                    UNITED STATES DISTRICT JUDGE