UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

Judge: James Ware
Date: 9/24/2007
Case No: CR-07-0570 JW

Courtroom Deputy: Elizabeth Garcia
Court Reporter: Irene Rodriguez
U.S. Probation Officer: N/A
Interpreter: N/A

## TITLE

U.S.A. v. Juan Mosqueda-Tinoca ( C)

**Attorney(s) for Plaintiff(s): Benjamin Kennedy**
**Attorney(s) for Defendant(s): Jay Rorty**

## PROCEEDINGS

Status Hearing re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held. Defendant Mosqueda-Tinoca present and in custody for proceedings. The Court continued this matter to 10/15/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 9/24/2007 to 10/15/2007 to accommodate additional review of discovery and efforts to resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: