UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINTUES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 10/15/2007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** CR-07-0570 JW | **U.S. Probation Officer:** N/A |
| | **Interpreter:** N/A |

## TITLE

U.S.A. v. Juan Mosqueda-Tinoco ( C)

Attorney(s) for Plaintiff(s): Benjamin Kennedy
Attorney(s) for Defendant(s): Jay Rorty

## PROCEEDINGS

Dispositional Hearing and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant Mosqueda-Tinoco present and in custody for proceedings. The Defendant plead guilty as to Count 1 of the Information. A plea agreement was executed in open court. The Defendant waived referral to the Probation for preparation of a Presentence Investigation Report. The Court proceeded with immediate sentencing of Defendant.

The Court sentenced Defendant as to Count 1 of the Information. The Defendant was committed to 46 months BOP custody; 3 years Supervised Release under the standard and special conditions imposed by the Court; $100 special assessment. The Defendant is remanded to USMS custody.

_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: